

**GRANTED**

Morris B. Hoffman
District Court Judge
SEE ATTACHMENT FOR ANY ADDITIONAL TERMS

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jul 9 2011 2:53PM MDT
Filing ID: 38069342

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address: 1437 Bannock Street<br>Denver, CO 80202<br>Phone Number: (720) 865-8302 | |
| Plaintiff: ESTATE OF ANGEL DeHERRERA, and SABRINA DeHERRERA<br><br>v.<br><br>Defendants:<br>Options Inc.,<br>Denver Department of Human Services,<br>El Paso Department of Human Services,<br>John/Jane Doe 1-5,<br>John/Jane Doe 6-10,<br>John/Jane Doe 11-15,<br>Manuela Tooker,<br>JOANNE HOWELLS individually and in her official capacity as director of Options, Inc.<br>BARBARA DRAKE individually and in her official capacity as *former* Director of the El Paso County Department of Human Services<br>RICHARD BENGTSSON in his official capacity as *present* Executive Director of the El Paso County Department of Human Services<br>ROXANNE WHITE individually and in her official capacity as *former* Manager of the Denver County Department of Human Services<br>VALERIE BROOKES, Manager of the Denver County Department of Human Services<br>PATRICIA WILSON PHEANIOUS in her individual and official capacity as the current Manager of the Denver County Department of Human Services | ▲ Court Use Only ▲<br><br>Case Number:<br>2011CV886<br><br>Division/Courtroom:<br>280 |
| Attorney for Plaintiff:<br>Wade H. Eldridge, Esq. Atty. Reg. #: 6518<br>WADE H. ELDRIDGE, P.C.<br>1471 Stuart Street<br>Denver, CO 80204<br>Phone No: 303-861-4222<br>Fax No: 303-407-8001<br>E-mail: Wade_Eldridge@mho.com & jbenn@mho.com | |
| **ORDER RE: UNOPPOSED MOTION TO DISMISS PARTIES AND IDENTIFY DOES** | |

THIS MATTER, coming on for hearing this ____ day of _____, 2011, and the Court being fully advised in the premises, hereby ORDERS said motion GRANTED.

1. The claims against the following defendants: Denver Department of Human Services, El Paso Department of Human Services, BARBARA DRAKE individually and in her official capacity as *former* Director of the El Paso County Department of Human Services, RICHARD BENGTSSON in his official capacity as *present* Executive Director of the El Paso County Department of Human Services, ROXANNE WHITE individually and in her official capacity as *former* Manager of the Denver County Department of



EXHIBIT F

Human Services, VALERIE BROOKES, Manager of the Denver County Department of Human Services, PATRICIA WILSON PHEANIOUS in her individual and official capacity as the current Manager of the Denver County Department of Human Services are hereby dismissed.

2. The claims against Does 3-15 are hereby dismissed, and Shana Veesaert in her individual capacity is exchanged for Doe 1.

3. Ximena Najar in her individual capacity will hereby be named in place of Doe 2.

By the Court:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Morris B Hoffman |
| **File & Serve Transaction ID:** | 37981139 |
| **Current Date:** | Jun 09, 2011 |
| **Case Number:** | 2011CV886 |
| **Case Name:** | EST OF ANGEL DEHERRERA et al vs. OPTIONS INC et al |
| **Court Authorizer:** | Morris B Hoffman |

/s/ **Judge Morris B Hoffman**