**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01733-WJM-BNB

ESTATE OF ANGEL DEHERRERA, and
SABRINA DEHERRERA,

      Plaintiffs,

v.

OPTIONS INC.,
MANUELA TOOKER,
JOANNE HOWELLS, Individually and in her official capacity as director of Options, Inc.

      Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND REMAND

On July 1, 2011, Defendants removed this action from Denver District Court pursuant to 28 U.S.C. § 1331 based on Plaintiff's assertion of a claim under 42 U.S.C. § 1983.  (ECF No. 1.)  No scheduling conference has been held in this case to date.

Before the Court is Plaintiff's Motion to Amend and Remand.  (ECF No. 17.)  Plaintiff seeks to file a second amended complaint that states no federal claims and, based on the lack of a federal claim, argues that the Court should remand the case to state court.  Defendant has not opposed the Motion.  Because the only federal claim has been dropped from this case, the Court finds that remand would best serve the principles of economy, convenience, fairness, and comity.  *See Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 357 (1988).

Accordingly, Plaintiff's Motion to Amend and Remand is GRANTED. This case is REMANDED to the District Court in Denver County, Colorado.[1]

Dated this 28th day of September, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

---

[1] The Court notes that the Motion requests remand to the District Court in El Paso County, Colorado. However, the Court can only remand an action to the State court from which it was removed. *See* 28 U.S.C. § 1447(d).